SARAH VARELA (SBN 12886)

McCracken, Stemerman & Holsberry, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, CA 89146
Telephone:     (702) 386-5107
Facsimile:     (702) 386-9848
E-mail:       svarela@msh.law

*Attorneys for Plaintiff IAFF Local 1908*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION FIREFIGHTERS, LOCAL 1908 | Case No. 2:26-cv-01081-JAD-EJY |
| Petitioner - Plaintiff, | **STIPULATION AND ORDER DISMISSING CASE** |
| v. | |
| THE COUNTY OF CLARK, STATE OF NEVADA, | |
| Respondents - Defendants. | ECF Nos. 5, 8 |

1

STIPULATION FOR VOLUNTARY DISMISSAL                    CASE NO. 2:26-CV-01081

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED: May 6, 2026

McCRACKEN, STEMERMAN & HOLSBERRY, LLP

By: ___/s/ Sarah O. Varela_____
       Sarah O. Varela

*Attorneys for Petitioner-Plaintiff IAFF Local 1908*

Dated: May 6, 2026                STEVEN B. WOLFSON DISTRICT ATTORNEY

By:___/s/ Sara I. Schreiber_____
       Scott Davis, Deputy District Attorney
       Sara I. Schreiber, Deputy District Attorney

*Attorneys for Clark County*

## ORDER

Based on the parties' stipulation **[ECF No. 8]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 8]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 7, 2026

2

STIPULATION FOR VOLUNTARY DISMISSAL                CASE NO. 2:26-CV-01081